

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/08/2016 10:30 AM

COURTROOM   6D, 6th Floor

HONORABLE CYNTHIA JACKSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:16-bk-00240-CCJ | 13 | 01/12/2016 |

Chapter 13

**DEBTOR:**   Laurin Dunn

**DEBTOR ATTY:**   Michelle Berglund

**TRUSTEE:**   Laurie Weatherford

**HEARING:**

Motion by Debtor to Reimpose Automatic Stay (Doc #22)
　　　　Note: Prior Case: 15-5903 (13) Filed 7/7/15 Dismissed 10/8/15 for failure to make plan payments

**APPEARANCES:**:
Iabel Freeman: D'or Atty
Laurie Weatherford: Trustee

**RULING:**
Motion by Debtor to Reimpose Automatic Stay   (Doc #22) - Granted: Order by Freeman.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.